Stuart Kagen (SK 6496)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Tel:   (212) 382-3300
Fax:   (212) 382-0050

*Attorneys for Plaintiff AlphaMedica Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALPHAMEDICA, INC.,

                 Plaintiff,

- against -

MICHAEL K. FAUST,

                 Defendant.

Case No.: 07 Civ. 2552
(LMS/MDF/GAY)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as Counsel of Record on behalf of Plaintiff AlphaMedica Inc., in the above-captioned action and requests that copies of all pleadings and papers herein be served electronically upon the undersigned at skagen@wmd-law.com.

Dated: New York, New York
       March 30, 2007

WOLLMUTH MAHER & DEUTSCH LLP

By _____
     Stuart Kagen (SK 6496)
     500 Fifth Avenue
     New York, New York 10110
     Tel: (212) 382-3300
     Fax: (212) 382-0050

*Attorneys for Plaintiff AlphaMedica, Inc.*