Jennifer L. Rudolph (JR 3255)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Tel:   (212) 382-3300
Fax:   (212) 382-0050

*Attorneys for Plaintiff AlphaMedica Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALPHAMEDICA, INC., <br><br> Plaintiff, <br><br> - against - <br><br> MICHAEL K. FAUST, <br><br> Defendant. | Case No.: 07 Civ. 2552 <br> (LMS/MDF/GAY) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as Counsel of Record on behalf of Plaintiff AlphaMedica Inc., in the above-captioned action and requests that copies of all pleadings and papers herein be served electronically upon the undersigned at jrudolph@wmd-law.com.

Dated: New York, New York
       March 30, 2007

                                        WOLLMUTH MAHER & DEUTSCH LLP

                                        By _____
                                           Jennifer L. Rudolph (JR 3255)
                                           500 Fifth Avenue
                                           New York, New York 10110
                                           Tel: (212) 382-3300
                                           Fax: (212) 382-0050

                                        *Attorneys for Plaintiff AlphaMedica, Inc.*