Gordon Christopher Harriss (GH 0284)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Tel:   (212) 382-3300
Fax:   (212) 382-0050

*Attorneys for Plaintiff AlphaMedica Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALPHAMEDICA, INC.,

      Plaintiff,

- against -

MICHAEL K. FAUST,

      Defendant.

Case No.: 07 Civ. 2552
(LMS/MDF/GAY)

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that the undersigned appears as Counsel of Record on behalf of Plaintiff AlphaMedica Inc., in the above-captioned action and requests that copies of all pleadings and papers herein be served electronically upon the undersigned at charriss@wmd-law.com.

Dated: New York, New York
    March 30, 2007

              WOLLMUTH MAHER & DEUTSCH LLP

              By _____
                Gordon Christopher Harriss (GH 0284)
                500 Fifth Avenue
                New York, New York 10110
                Tel: (212) 382-3300
                Fax: (212) 382-0050

                *Attorneys for Plaintiff AlphaMedica, Inc.*