AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALPHAMEDICA, INC.

v.

MICHAEL K. FAUST

**APPEARANCE**

Case Number: 07 CIV. 2552

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL K. FAUST

I certify that I am admitted to practice in this court.

April 2, 2007
Date

_/s/ Pamela L. Kleinberg_
Signature

Pamela L. Kleinberg          PK 4508
Print Name                   Bar Number

Siller Wilk LLP   675 Third Avenue
Address

New York, New York   10017
City            State            Zip Code

212-421-2233                 212-752-6380
Phone Number                 Fax Number