UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALPHAMEDICA, INC.,

            Plaintiff,

   - against -

MICHAEL K. FAUST,

            Defendant.
-----------------------------------------------------------X

07 Civ. 2552 (WP4)(MDF)

**STIPULATION**

*U.S. DISTRICT COURT FILED APR 26 2007 S.D. W.P. OF N.Y.*

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their undersigned attorneys as follows:

1. Pursuant to a telephonic conference between counsel for the parties and the Court on April 13, 2007, this action is stayed pending resolution of an action pending in the Court of Chancery of the State of Delaware in and for New Castle County, entitled *Faust v. Alphamedica Inc.*, et al., Civil Action No. 2853-VCS (the "Delaware Action").

2. Faust's papers in response to Alphamedica's motion for a preliminary injunction, which were served on April 2, 2007, will not be filed (except for the Notice of Motion which was electronically filed on April 18, 2007) unless and until the stay is lifted.

3. AlphaMedica's reply papers in further support of its motion for a preliminary injunction, which were otherwise due on April 16, 2007, need not be served or filed unless and until the stay is lifted and a briefing schedule is developed by the parties, or otherwise directed by this Court.

4. The ex-parte temporary restraining order issued in this case by Supreme Court of the State of New York, County of Westchester before the case was removed to this Court is dissolved upon entry of a *status quo order* by the Court in the Delaware Action.

{00168321v1}

Dated: New York, New York
       April 24, 2007

WOLLMUTH, MAHER & DEUTSCH LLP

By: _____
    Paul R. DeFilippo (PRD 9779)
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

*Attorneys for Plaintiff AlphaMedica Inc.*

SILLER WILK LLP

By: _____
    Stuart M. Riback (SMR 2443)
675 Third Avenue
New York, New York 10017
(212) 421-2233

*Attorneys for Defendant Michael K. Faust*

SO ORDERED.

_____
Mark D. Fox, USMJ

dated 4/26/07

MARK D. FOX
United States Magistrate Judge
Southern District of New York

{00168321v1}