UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALPHAMEDICA, INC.,

      Plaintiff,

 - against -

MICHAEL K. FAUST,

      Defendant.
------------------------------------------------------------X

07 Civ. 2552 (WP4)(MDF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the above captioned action is hereby is dismissed with prejudice as to each party on the merits, with each party to bear its respective costs and fees, pursuant to Federal Rule of Civil Procedure 41.

*Case Closed*

Dated: July 27, 2007
  New York, New York


WOLLMUTH, MAHER & DEUTSCH LLP

By: _____
  David H. Wollmuth (DHW 9618)
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

*Attorneys for Plaintiff AlphaMedica Inc.*


SILLER WILK LLP

By: _____
  Stuart M. Riback (SMR 2443)
675 Third Avenue
New York, New York 10017
(212) 421-2233

*Attorneys for Defendant Michael K. Faust*


SO ORDERED.

_____
~~Mark D. Fox, USMJ~~ U.S.D.J.

Dated: July 31, 2007
  White Plains, New York